ROBERT MYERS, Appellant, v. ABRAHAM & STRAUS, a Division of Federated Department Stores, Inc., Defendant and Third-Party Plaintiff-Appellant-Respondent, et al., Defendant. GRAND WASTE PAPER CORPORATION, Third-Party Defendant-Respondent, et al., Third-Party Defendant.—

Christ, Acting P. J., Brennan, Rabin, Hopkins and Benjamin, JJ., concur.